KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Charles Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-00508-EJG |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) |
| Charles Johnson, | ) |
| Defendant. | ) |

    Defendant Charles Johnson is currently subject to electronic monitoring as a condition of his pre-trial release. Mr. Johnson desires to attend a work conference in Carlsbad, CA this weekend.  Because of the electronic monitoring condition pre-trial release does not have legal authority to grant his travel request absent a court order.

    The parties hereby agree that Charles Johnson may drive to Carlsbad, CA for the purposes of attending a work-related conference on December 4, 2008 and return to his residence no later than December 6, 2008 at midnight.  While Mr. Johnson is in Carlsbad, CA he will stay at the Grand Pacific Palisades Hotel.  All other terms and conditions of his pre-trial release

will remain in full force and effect.  The parties specifically contemplate that Mr. Johnson will not be subjected to electronic monitoring during the period of time he is in Carlsbad, CA.

Dated: December 3, 2008

                                          s/Kresta Daly_____
                                          KRESTA DALY
                                          Attorney for Charles Johnson


Dated December 3, 2008          s/Kresta Daly_____
                                          KYLE REARDON
                                          Assistant United States Attorney

                                          Order


    It is hereby ordered that Charles Johnson may attend the above-referenced conference in Carlsbad, CA between December 4, and December 7, 2008.  All other terms and conditions of his pre-trial release remain in full force and effect.

    DATED:  December 4, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2