```
KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Charles Johnson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0508EJG |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE:  December 12, 2008 |
| | TIME:  10:00 a.m. |
| ROBERT JAMES LaBELLA, | JUDGE: Honorable Edward J. Garcia |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, Charles Johnson, through his counsel, KRESTA DALY, that the status conference of December 12, 20008 be vacated and that a status conference be set for January 16, 2009 at 10:00 a.m.

This continuance is being requested because the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference

1

```
1  set for January 16, 2009 pursuant to 18 U.S.C. §§
2  3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).
3  DATED:  December 8, 2008        Respectfully submitted,
```

                                        s/Kresta Daly_____
                                        KRESTA DALY
                                        Attorney for Charles Johnson


                                        s/Kresta Daly_____
DATED:  December 8, 2008                KYLE REARDON
                                        Assistant United States Attorney


**O R D E R**

   **IT IS SO ORDERED.**

DATED:   December 8, 2008       /s/ Edward J. Garcia
                                HONORABLE EDWARD J. GARCIA