KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Charles Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0508EJG |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: January 16, 2008<br>TIME: 10:00 a.m. |
| CHARLES JOHNSON, | JUDGE: Honorable Edward J. Garcia |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, Charles Johnson, through his counsel, KRESTA DALY, that the status conference of January 16, 2009 be vacated and that a status conference be set for January 30, 2009 at 10:00 a.m.

This continuance is being requested because the parties are trying to agree to dates for a motion schedule, defense counsel has a conflicting court appearance that cannot be moved, and the discovery in this case is voluminous and has required a substantial amount of time for defense counsel to review the discovery.

1

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 30, 2009 pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 9, 2009          Respectfully submitted,


                                 s/Kresta Daly
                                 KRESTA DALY
                                 Attorney for Charles Johnson



                                 s/Kresta Daly
DATED: January 9, 2009          KYLE REARDON
                                 Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED: January 12, 2009         /s/ Edward J. Garcia
                                 EDWARD J. GARCIA, DISTRICT JUDGE

2