1  KRESTA NORA DALY, SBN 199689
2  Rothschild Wishek & Sands, LLP
   901 F Street, Suite 200
3  Sacramento, CA 95814
4  Attorney for Charles Johnson

**FILED**

JUN - 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-0508EJG |
|   Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE: July 17, 2009 |
| CHARLES JOHNSON, | ) TIME: 10:00 a.m. |
|   Defendants. | ) JUDGE: Honorable Edward J. Garcia |

*as modified*

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, Charles Johnson, through his counsel, KRESTA DALY, that the non-evidentiary hearing on the suppression motion of July 17, 2009 be vacated and that a new non-evidentiary hearing date be set for December 11, 2009 at 10:00 a.m.

It is further hereby stipulated and agreed to that the following briefing schedule be adopted: Opening brief by the defense will be filed on or before November 6, 2009, Reply brief by the Government due November 20, 2009, any sur-reply will be due on December 4, 2009.

1

1    This continuance is being requested because of personal
2 reasons involving both counsel for the Government and the
3 defense.  Specifically on May 30, 2009 Mr. Reardon and his wife
4 were traveling in Europe.  Mr. Reardon's wife gave birth
5 approximately two and a half months earlier than expected.  Mr.
6 Reardon is currently in Europe and does not expect to return to
7 work until August 1, 2009 at the very earliest.
8    Defense counsel is expected to go on maternity leave in
9 late July and does not expect to return to work until the early
10 part of October 2009.
11    Trial in this matter is currently set for November 6, 2009
12 with a trial readiness conference on November 2, 2009.  The
13 parties hereby request those dates be vacated.
14    The parties request a new trial date of February 8, 2010
15 with a trial status conference on ~~February 1, 2010~~ JAN. 22, 2010. *
16    The parties request that speedy trial time be excluded from
17 the date of this order through the date of the status conference
18 set for February 1, 2010 pursuant to 18 U.S.C. §§
19 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).
20
21 DATED:  June 2, 2009          Respectfully submitted,
22
23                                s/Kresta Daly
                                  KRESTA DALY
24                                Attorney for Charles Johnson
25
26
27                                s/Kresta Daly
   DATED:  June 2, 2009          KYLE REARDON
28                                Assistant United States Attorney

2

**O R D E R**

**IT IS SO ORDERED.**

DATED:  6/2/09

_____
HONORABLE EDWARD J. GARCIA