```
LAWRENCE G. BROWN
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CR-00508 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING MOTIONS |
| ) | |
| CHARLES DOUGLAS JOHNSON, ) | Time: 10:00 am |
| ) | Date: Friday, December 18, 2009 |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| ) | |

The parties request that the motion hearing and briefing schedule currently set be amended.  Currently, defense motions were due to be filed on November 13, 2009, with the government reply due on November 27, 2009.  Defense surreply was due on December 4, 2009, and a hearing on the motion was set for December 11.

The parties propose the following amended briefing schedule:

Defense motion to be filed on November 17, 2009

Government reply to be filed on December 4, 2009

Defense surreply to be filed on December 11, 2009

Motion hearing on December 18, 2009, at 10 a.m.

1

1  An exclusion of time under the Speedy Trial Act has
2  previously been entered in this case and the parties request that
3  the exclusion remain.  The additional time is needed in order for
4  the parties to conduct investigation and prepare, taking into
5  account the exercise of due diligence.  18 U.S.C.
6  3161(h)(7)(B)(iv); Local Code T4.  The interests of justice
7  served by granting this continuance outweigh the best interests
8  of the public and the defendant in a speedy trial.  18 U.S.C. §
9  3161(h)(7)(A).

10  This matter is currently set for trial on February 8, 2010,
11 with a trial confirmation hearing on January 22, 2010.

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

DATED: November 4, 2009        By:  */s/ Kyle Reardon*
                                    KYLE REARDON
                                    Assistant U.S. Attorney


DATED: November 4, 2009        By:  */s/ Kyle Reardon* for
                                    KRESTA DALY
                                    Attorney for the Defendant

**ORDER**

IT IS SO ORDERED.

DATED: November 5, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge