KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Charles Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-0508EJG |
| | ) |
| Plaintiff, | ) Request to Remove Motion From |
| | ) Calendar and Order |
| v. | ) |
| | ) |
| CHARLES JOHNSON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The defense seeks to remove from this court's calendar a hearing on motion to suppress and related filing deadlines.  The hearing is currently set for December 18, 2009.

At this time the defense does not expect to request to re-calendar this motion.  However the defense requests this item be removed from calendar without prejudice in case a change in circumstances prompts defense counsel to re-evaluate the necessity of this motion.

Counsel for the government was notified of the defense request and has no opposition.

//

//

1

DATED:   November 17, 2009        Respectfully submitted,


                                   s/Kresta Daly_____
                                  KRESTA DALY
                                  Attorneys for Charles Johnson




                         **O R D E R**

    **IT IS SO ORDERED.**

DATED:       November 20, 2009


                              /s/ Edward J. Garcia
                              U. S. DISTRICT JUDGE

2