BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:08-CR-00508 EJG |
| | ) |
| Plaintiff, | ) AMENDED STIPULATION AND ORDER |
| | ) TO CONTINUE TRIAL |
| v. | ) |
| | ) Time: 10:00 am |
| CHARLES DOUGLAS JOHNSON, | ) Date: Monday, February 8, 2010 |
| | ) Court: Hon. Edward J. Garcia |
| Defendant. | ) |
| | ) |

     The parties request that the trial currently set to begin on February 8, 2010, be continued to June 7, 2010.

     Only recently has defense counsel been able to retain a computer forensic examiner to assist her with preparation of this case. As this is a case in which computer evidence is the bulk of the government evidence, the defense computer expert's independent forensic analysis of the defendant's computer and review those findings with defense counsel is necessary for defense counsel's effective preparation. This analysis is not likely to be completed with sufficient time to permit defense counsel to review the results and prepare accordingly.

1

A continuance until June 7, 2010, is requested due to the schedules of both parties. Government counsel is expected to be in trial from March 15 through March 26, 2010, and April 20 through April 30, 2010. Defense counsel will be away from Sacramento in mid April.

The parties request that the time between now and the June 7, 2010, be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161 et seq. The additional time is needed in order for defense counsel to conduct a forensic investigation of the defendant's computer and to prepare based upon the results of that examination, taking into account the exercise of due diligence. 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4. The continuance is also needed to ensure continuity of both government and defense counsel. Id. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties request a trial confirmation hearing on May 7, 2010.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: December 21, 2009   By:  /s/ Kyle Reardon
                                KYLE REARDON
                                Assistant U.S. Attorney

DATED: December 21, 2009   By:  /s/ Kyle Reardon for
                                KRESTA DALY
                                Attorney for the Defendant

2

**ORDER**

IT IS SO ORDERED.

DATED: December 29, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge