UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 23 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**M E M O R A N D U M**
& Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                  **RE:**    **Charles Douglas JOHNSON**
                             **Docket Number:   2:08CR00508-01**
                             **CONTINUANCE OF JUDGMENT**
                             **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from January 21, 2011, to March 25, 2011, at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer is going on annual leave on November 22, 2010, and will not return until December 13, 2010. Defense counsel will either be in trial or just have finished a trial, and with the present schedule, she would not have had enough time to file possible objections and comply with the disclosure schedule.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                             Respectfully submitted,

                             /s/ Casey Horner, Sr.
                             **CASEY HORNER, SR.**
                             **Senior United States Probation Officer**

**REVIEWED BY:**   /s/ Linda L. Alger
                             **LINDA L. ALGER**
                             **Supervising United States Probation Officer**

Dated:      November 19, 2010
              Sacramento, California
              CKH:tau

**RE:  Charles Douglas JOHNSON**
   **Docket Number:  2:08CR00508-01**
   **CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
   United States Attorney's Office
   United States Marshal's Office
   Federal Defender (If defense counsel is court-appointed)
   Probation Office Calendar clerk

✓ **Approved**          _/s/ Edward J. Garcia_          11/23/10

            **EDWARD J. GARCIA**
            **Senior United States District Judge**          **Date**

___ **Disapproved**