KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Charles Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0508EJG |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| CHARLES JOHNSON, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Michelle Prince, Assistant U.S. Attorney, and defendant, Charles Johnson, through his counsel, KRESTA DALY, that the restitution be set at $3,000 and should be made payable to John Ratcliffe, Attorney at Law, Ashcroft Sutton Ratcliffe LLC., 1700 Pacific Avenue, Suite 3600, Dallas, Texas 75201 re: victim "Jan-Feb" series.

DATED:   May 20, 2011          Respectfully submitted,


                               __s/Kresta Daly_____
                               KRESTA DALY
                               Attorney for Charles Johnson

1

```
                                        s/Kresta Daly
DATED:  May 20, 2011              MICHELLE PRINCE
                                  Assistant United States Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

```
DATED:  May 23, 2011              _/s/ Edward J. Garcia
                                  HONORABLE EDWARD J. GARCIA
```